Another, Appellants.— Order affirmed, with ten dollars costs and disbursements: No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

HYMAN EPSTEIN, Respondent, v. JOHN CONNOR and PETER CONNOR, Copartners, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HILLCAMP CORPORATION, Respondent, v. BISHOP, McCORMICK & BISHOP, INC., Appellant, and Another, Defendant.— Order reversed on the law, with ten dollars costs and disbursements, and motion to strike out certain allegations of the complaint granted, with ten dollars costs. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur. Settle order on notice before Mr. Justice Jaycox.

In the Matter of the Application of MARIAN STEWART HONEYMAN, Respondent, for Revocation of Letters of Guardianship of LEANDER H. LA CHANCE and MARTIN TAYLOR, Appellants.— Decree of the Surrogate's Court of Suffolk county affirmed, with costs to the respondent payable out of the estate. We interpret the decree appealed from to mean, not that the letters of guardianship are revoked in the technical sense of the words, but that the ward having reached her majority according to the laws of Illinois, the State of her domicile, is presently entitled to the possession of her property. The guardians should at once turn over the property to the petitioner and account. (*Woodward* v. *Woodward*, 87 Tenn. 644; *Memphis Trust Co.* v. *Blessing*, 103 id. 237; *Matter of Hellmann's Will*, L. R. 2 Eq. Cas. 363.) The question of alleged misconduct is not passed upon. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of the Petition of LAURA F. MAYER, Respondent, to Compel the Executive Committee of the Republican Party in the County of Kings to Place on Its Roster as Associate Executive Member from the Sixth Assembly District of the County of Kings the Name of LAURA F. MAYER, and to Strike Therefrom the Name of SOPHRONIA C. RESSEGUIE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application for Letters of Administration upon the Estate of JEAN STEWART, Deceased. MARTIN TAYLOR and LEANDER H. LA CHANCE, Appellants; MARIAN STEWART HONEYMAN, Respondent.— Decree of the Surrogate's Court of Suffolk county affirmed, without costs. The decision in *Matter of Honeyman* (*ante*, p. 728, decided herewith) requires affirmance of this decree. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

ROBERT E. LENT, Appellant, v. MARY CONNAUGHTON, Respondent.— Judgment and order reversed on the law and a new trial granted, costs to abide the event. The evidence presented a question of fact as to whether the plaintiff was the procuring cause of the sale or not. This question should have been determined by the jury. We do not think that the parties intended to submit this question to the court when they requested the direction of a verdict. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ISADORE RADIN, Respondent, v. THE PUBLIC NATIONAL BANK OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for an injunction *pendente lite* denied, with ten dollars costs, in the exercise of our discretion. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.